# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Borsheim Builders Supply, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Chase Cardholder Services, Inc., a | ) | |
| Delaware Corporation, Merrick | ) | |
| Corporation, a Utah Corporation, and | ) | |
| HSBC Card Services, Inc., a Delaware | ) | |
| Corporation, | ) | |
| | ) | Case No. 1:17-cv-186 |
| Defendants. | ) | |

Before the court is a motion for attorney Paul Aldo Grammatico to appear *pro hac vice* on behalf of Defendant HSBC Card Services, Inc. ("HSBC"). In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Paul Aldo Grammatico has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 17) is **GRANTED**. Attorney Paul Aldo Grammatico is admitted to practice before this court in the above-entitled action on behalf of HSBC.

**IT IS SO ORDERED.**

Dated this 10th day of January, 2018.

>                               */s/ Charles S. Miller, Jr.*
>                               Charles S. Miller, Jr., Magistrate Judge
>                               United States District Court